TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN















TEXAS COURT OF APPEALS, THIRD
DISTRICT, AT AUSTIN

 

 




 
 
 NO.  03-12-00124-CV
 
 




 

 

Detran Levy, Appellant

 

v.

 

Texas Department of Family and Protective Services,
Appellee

 

 

 




 
 
 FROM THE 53rd
 District Court OF Travis COUNTY,
 
 NO. AG
 07-001250, The Honorable Scott H. Jenkins,
 JUDGE PRESIDING
 
 




 

 


 
 
                                                                 O
 R D E R
 PER CURIAM
 We withdraw our prior order dated May 3, 2012, and substitute the
 following in its place.
 Appellant Detran Levy
 filed his notice of appeal on
 February 29, 2012.  The appellate record was complete April 3, 2012, making appellant=s brief due April 23, 2012.  To date, appellant=s
 brief has not been filed. 
 Recent amendments to the rules of judicial administration accelerate
 the final disposition of appeals from suits for termination of parental
 rights.  See Tex. R. Jud. Admin. 6.2(a), available at http://www.supreme.courts.state.tx.us/MiscDocket/12/12903200.pdf
 (providing 180 days for court’s final disposition).  The accelerated schedule requires greater
 compliance with briefing deadlines.  Therefore we order counsel to file appellant=s brief no later than May 23, 2012.  If the brief is not filed by that date,
 counsel may be required to show cause why he should not be held in contempt
 of court.
 It is ordered on May 8, 2012.
 Before Chief Justice Jones, Justices Pemberton and Rose.